UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JERAMIE STEPHENS,**
    **Plaintiff,**

vs.

Case No.: 5:19-CV-467-OC-30

**DIRECTV, LLC., IQOR HOLDINGS US, LLC, THE CBE GROUP, INC., and RECEIVABLES PERFORMANCE MANAGEMENT, LLC,**
    **Defendants.**
_____/

### JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JERAMIE STEPHENS, and Defendant, THE CBE GROUP, INC., through their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby give notice of the voluntary dismissal with prejudice of claims in this action against Defendant, THE CBE GROUP, INC only.

Dated this 30th day of March, 2020.

Respectfully submitted,

*s/ Carlos V. Leach*
Carlos V. Leach, Esq.
FL Bar No. 0540021
THE LEACH FIRM, P.A.
631 S. Orlando Avenue, Suite 300
Winter Park, FL 32789
Telephone: (407) 574-4999
Facsimile: (833) 423-5864
Email: cleach@theleachfirm.com
Email: yhernandez@theleachfirm.com

*s/ Joseph C. Proulx*
Joseph C. Proulx, Esq.
FL Bar No.: 0056830
*s/ Dale T. Golden*
Dale T. Golden, Esq.
FL Bar No.: 0094080
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
Email: jproulx@gsgfirm.com
Email: dgolden@gsgfirm.com

*Attorney for Plaintiff*

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of March, 2020, the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Carlos V. Leach*
Carlos V. Leach, Esq.