UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JERAMIE STEPHENS,

    Plaintiff,

v.                                                Case No: 5:19-cv-467-Oc-30PRL

DIRECTTV LLC, IQOR HOLDINGS US
LLC, THE CBE GROUP INC and
RECEIVABLES PERFORMANCE
MANAGEMENT LLC,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Notice of Voluntary Dismissal with Prejudice as to Defendant The CBE Group, Inc. (Dkt. 28). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice as to Defendant The CBE Group, Inc.

2. The Clerk is directed to terminate Defendant The CBE Group, Inc. from this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of March, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record