UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JERAMIE STEPHENS,
    Plaintiff,

vs.

Case No.: 5:19-CV-467-OC-30

DIRECTV, LLC., IQOR HOLDINGS US, LLC, THE CBE GROUP, INC., and RECEIVABLES PERFORMANCE MANAGEMENT, LLC,
    Defendants.
_____/

### JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JERAMIE STEPHENS, and Defendant, IQOR HOLDINGS US LLC, through their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby give notice of the voluntary dismissal with prejudice of claims in this action against Defendant, IQOR HOLDINGS US LLC only.

Dated this 18th day of May, 2020.

Respectfully submitted,

| | |
|---|---|
| *s/ Bruce A. Mouth* | *s/ Jacqueline Simms-Petredis* |
| Carlos V. Leach, Esq. | Jacqueline Simms-Petredis, Esq. |
| FL Bar No. 0540021 | FL Bar No. 906751 |
| Bruce A. Mount, Esq. | BURR & FORMAN LLP |
| FL Bar No. 88754 | 201 N. Franklin Street, Suite 3200 |
| THE LEACH FIRM, P.A. | Tampa, FL 33602 |
| 631 S. Orlando Avenue, Suite 300 | Telephone: (813) 221-2626 |
| Winter Park, FL 32789 | Facsimile: (813) 221-7335 |
| Telephone: (407) 574-4999 | Primary Email: jsimms-petredis@burr.com |
| Facsimile: (833) 423-5864 | Secondary Email: dmorales@burr.com |
| Email: cleach@theleachfirm.com | Secondary Email: mguerra@burr.com |
| Email: yhernandez@theleachfirm.com | Secondary Email: anolting@burr.com |
| *Attorney for Plaintiff* | *Attorney for First Contact LLC* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 18th day of May, 2020, the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Bruce A. Mouth*
Bruce A. Mount, Esq.