# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JERAMIE STEPHENS,

    Plaintiff,

v.                                             Case No: 5:19-cv-467-Oc-30PRL

DIRECTTV LLC, IQOR HOLDINGS US
LLC, and RECEIVABLES
PERFORMANCE MANAGEMENT LLC,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Notice of Voluntary Dismissal with Prejudice as to Defendant IQOR Holdings US LLC (Dkt. 30). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice as to Defendant IQOR Holdings US LLC.

2. The Clerk is directed to terminate Defendant IQOR Holdings US LLC from this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of May, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record