UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JERAMIE STEPHENS,

    Plaintiff,

v.                                        Case No: 5:19-cv-467-Oc-30PRL

DIRECTV LLC,

    Defendant.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court on Defendant DirecTV, LLC's Motion to Dismiss the Case for Lack of Prosecution, or in the alternative, to Continue the Mediation Deadline (Dkt. 39). The Court, having considered the motion and court file, concludes that this action should be dismissed for lack of prosecution.

Plaintiff, through counsel, commenced this action on September 19, 2019 against AT&T Corporation d/b/a DirecTV for violations of the Telephone Consumer Protection Act ("TCPA") and the Florida Consumer Collection Practices Act ("FCCPA"). (Dkt. 1). Plaintiff filed an amended complaint on November 12, 2019 against DirecTV, iQor Holdings US, LLC, the CBE Group, Inc., and Receivables Performance Management, LLC for violations of TCPA, FCCPA, and the Fair Debt Collections Practices Act ("FDCPA"). (Dkt. 9). Plaintiff alleges that Defendants harassed and abused him on numerous occasions by calling his cell phone several times without his express consent. (Dkt. 9).

Plaintiff dismissed with prejudice his claims against Defendants iQor Holdings US, LLC, CBE Group, Inc., and Receivables Performance Management, LLC. (Dkts. 29, 31, 33). DirecTV is the only remaining defendant.

On July 14, 2020, Plaintiff's counsel filed a motion to withdraw, which the Court granted. Plaintiff's counsel stated he unsuccessfully attempted on several occasions to contact Plaintiff regarding his responses to discovery requests. Plaintiff's counsel further stated that he sent several emails, texts, and correspondence to Plaintiff, but Plaintiff never responded. Counsel also sent Plaintiff via certified mail a notice of intent to withdraw as counsel, but Plaintiff did not respond.

On July 16, 2020, counsel for DirecTV sent Plaintiff written correspondence requesting that he dismiss his claims against DirecTV, inquiring about Plaintiff's availability to have his deposition taken, and suggesting an extension of time to comply with the mediation deadlines. Counsel sent follow-up letters to Plaintiff on July 23, 2020 and July 30, 2020. Plaintiff did not respond.

On August 3, 2020, DirecTV filed a motion to dismiss for lack of prosecution or, in the alternative, to continue mediation deadlines. (Dkt. 49). Plaintiff failed to respond to DirecTV's motion. On August 18, 2020, the Court issued an Order to Show Cause directing Plaintiff to respond to Defendant's motion within fourteen (14) days or the Court will consider the motion unopposed. (Dkt. 40). Plaintiff neither responded to the Order to Show Cause nor responded to Defendant's motion.

Based on Plaintiff's failure to respond to the Order to Show Cause and Defendant's motion, the Court concludes this action should be dismissed for lack of prosecution.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss the Case for Lack of Prosecution, or in the alternative, to Continue the Mediation Deadlines (Dkt. 39) is GRANTED to the extent the Court dismisses this action without prejudice for lack of prosecution.

2. This action is DISMISSED WITHOUT PREJUDICE.

3. All pending motions, if any, are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of September, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record